| | | | | |
|---|---|---|---|---|
| Brooks v. Office of the District Attorney | 12CD16 | 09/14/2016 | Allegheny County GD–15–012140 | Affirmed |
| Pendleton v. Todd | 202CD16 | 09/14/2016 | Allegheny County GD–15–019314 | Affirmed |
| Boerner v. Comm. of PA | 2529CD15 | 09/15/2016 | Bucks County 2014–08578 | Affirmed |
| Mount Joy Township v. Mount Joy Township Zoning Hearing Board | 2429CD15 | 09/15/2016 | Adams County 2014–S–1269 | Reversed |
| Straban Township v. Hanoverian Trust | 1935CD15 | 09/16/2016 | Adams County 2013–S–215 | Affirmed in Part, Vacated in Part |
| Montessori Regional Charter School v. Millcreek Township Board Of Supervisors | 2468CD15 | 09/16/2016 | Erie County G.D. No. 11739–2015 | Reversed and Remanded |
| Lavelle v. Borough of Dunmore Zoning Hearing Board | 1303CD15 | 09/16/2016 | Lackawanna County 2014–CV–3903 | Affirmed |
| Kapalko v. Comm. of PA | 1912CD15 | 09/20/2016 | Fayette County 1162 of 2015, G.D. | Affirmed |
| Miller v. PA Office of Attorney General | 2072CD15 | 09/20/2016 | Dauphin County 2014–CV–11220–CV | Affirmed |
| Spinola v. Kelley | 2120CD15 | 09/21/2016 | Monroe County 10867 CV 2014 | Affirmed, Reversed and Remanded |
| Leibensperger v. Carpenter Technologies, Inc. | 87CD2015 | 09/22/2016 | Berks County 08–8151 | Reversed and Remanded |
| Thomas v. Lebanon County District Attorney | 354CD15 | 09/23/2016 | Lebanon County 2013–01553 | Affirmed |
| Owens v. Comm. of PA | 2624CD15 | 09/23/2016 | Schuylkill County S–1782–2015 | Affirmed in Part, Reversed in Part and Remanded |
| Kriner v. Comm. of PA | 1772CD15 | 09/26/2016 | York County 2015–SU–001321–64 | Vacated and Remanded |
| Riffey v. Comm. of PA | 2537CD15 | 09/28/2016 | York County 2014–SU–003060–27 | Vacated and Remanded |
| Viani v. Comm. of PA | 2538CD15 | 09/28/2016 | York County 2014–SU–003177–27 | Vacated and Remanded |
| Nale v. Hollidaysburg Borough | 2008CD15 | 09/28/2016 | Blair County 2015 GN 2628 | Affirmed |